UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER CARL KORSLUND,

        Plaintiff,

v.                                                        Case No. 3:14-cv-395-J-32PDB

M.L. DOHERTY et al.,

        Defendants.

_____

**ORDER**

    1.    The parties must conduct discovery so that any requested discovery is due no later than **November 2, 2016.** Any motions relating to discovery must be filed by **November 14, 2016.**

    2.    Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), the defendants may depose the plaintiff, if they so choose. The defendants must contact the superintendent of the penal institution at which the plaintiff is housed to arrange for an appropriate time and place for the deposition.

    3.    Any motion to dismiss, motion for summary judgment, or any other case-dispositive motion (including one raising a qualified-immunity defense) must be filed by **December 7, 2016.**

    4.    The opposing party must file a response to any case-dispositive motion that is filed by **January 9, 2017**.

    Ordered in Jacksonville, Florida on August 25, 2016.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

```
cr 8/24
c:
Christopher Carl Korslund, #J50919
Counsel of Record
```