UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER CARL KORSLUND,

    Plaintiff,

v.

                              Case No.: 3:14-CV-395-J-32PDB

JOHN H. RUTHERFORD, et al.,

    Defendants.

_____/

## DEFENDANTS' MOTION TO TAKE VIDEOTAPED DEPOSITION OF INCARCERATED PLAINTIFF

The Defendants, M.L. Doherty and N. Burgos, pursuant to Rule 30(a)(2), Fed. R. Civ. P., move that this Court grant leave to take the videotaped deposition of Plaintiff, Christopher Carl Korslund. In support of this Motion, the Defendants state hereto:

1. The Plaintiff has sued the Defendants in this Court and seeks damages for alleged injuries that occurred as a result of alleged Constitutional violations by the Defendants.

2. Currently, the Plaintiff is incarcerated at the Wakulla Correctional Institution, 110 Melaleuca Drive, Crawfordville, Florida 32327-4963.

3. Pursuant to Local Rule 3.01(g), Middle District of Florida, the undersigned has conferred with the *pro se* Plaintiff. Plaintiff has no objection to the granting of this motion.

## MEMORANDUM OF LAW

Pursuant to the Rules of Discovery, Defendants seek to take the deposition of the Plaintiff, who is currently incarcerated at the Wakulla Correctional Institution, 110 Melaleuca Drive, Crawfordville, Florida 32327-4963.

Rule 30(a)(2), Fed. R. Civ. P., states that a party must obtain leave of Court to depose a witness who is confined in prison. The Rule further states that the Court should grant such leave to the extent that the request is consistent with Rule 26(b)(2). The instant request for leave to depose the Plaintiff is consistent with that Rule.

Wherefore, Defendants respectfully request that this Court grant leave for Defendants to depose Plaintiff, Christopher Carl Korslund, at the Wakulla Correctional Institution, 110 Melaleuca Drive, Crawfordville, Florida 32327-4963.

Dated: September 13, 2016

/s/Ashley B. Benson
Ashley B. Benson
ASSISTANT GENERAL COUNSEL
Florida Bar No.: 0084022
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1859
E-mail: abenson@coj.net
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 13, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: N/A. I further certify that I mailed the foregoing document by first-class mail to the following non-CM/ECF participants: Christopher Carl Korslund, DC #J50919, at Wakulla Correctional Institution, 110 Melaleuca Drive, Crawfordville, Florida 32327-4963.

                                                /s/Ashley B. Benson
                                                ASHLEY B. BENSON