UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER CARL KORSLUND,

    Plaintiff,

v.

                                                          Case No.: 3:14-CV-395-J-32PDB

JOHN H. RUTHERFORD, et al.,

    Defendants.

_____/

# JOINT MOTION TO EXTEND DISCOVERY PERIOD AND OTHER DEADLINES

**COME NOW**, the Parties, pursuant to Rules 16 and 26, Federal Rules of Civil Procedure, and request that this Court extend the discovery period and the other currently set deadlines. In support of this Motion, the Parties state:

1. Plaintiff is incarcerated and is *pro se*.

2. On August 25, 2016, the Court entered a discovery schedule for this case. [Doc. 17].

3. In its Order, the Court set a discovery deadline of November 2, 2016, a dipositive motions deadline of December 7, 2016, and a response to dispositive motions deadline of January 9, 2016.

4. On September 13, 2016, Defendants received (via U.S. Mail) copies of motions filed by Plaintiff (but not yet on the docket) requesting additional time to respond to the Interrogatories and the Request to Produce sent to Plaintiff by Defendants. Plaintiff requested an extended response deadline of December 28, 2016.

5. Plaintiff did not confer with Defendants prior to the filing of these motions.

1

6. On September 13, 2016, the undersigned had a phone conference with Plaintiff to address the motions filed without conferral and the parties were able to reach an agreement with regard to the extension of deadlines.

7. Accordingly, the Parties now file this joint motion to extend the discovery deadline to February 27, 2017 and all other currently set deadlines accordingly.

8. This new deadline would allow *pro se* Plaintiff to extend his deadline to respond to Defendant's written discovery requests to December 28, 2016 (as he attempted to request in his motions) and would provide Defendants sixty (60) days after receipt to conduct any subsequent discovery which may result from Plaintiff's responses.

9. This motion is not filed for purposes of delay and Defendants have been diligent in pursuing discovery thus far. However, in deference to Plaintiff's *pro se* status and to ensure he has sufficient time to comply with Defendants' discovery requests, which is complicated by his current state of incarceration, the Parties reached an agreement to request the relief herein.

10. Therefore, the Parties respectfully request that the Court extend the discovery period to February 27, 2017 and the other currently set deadlines accordingly.

## **MEMORANDUM OF LAW**

This Motion is within this Court's discretion pursuant to Rules 26(b) and 16(b), Federal Rules of Civil Procedure. *Perez v. Miami-Dade County*, 297 F.3d 1255, 1263 (11th Cir. 2002)(District courts are entitled to broad discretion in managing pretrial discovery matters). The Parties have shown good cause why the extension should be granted.

In accordance with Local Rule 3.01(g), Middle District of Florida, the undersigned counsel has conferred with the *pro se* Plaintiff and he joins in the filing of this motion.

**WHEREFORE**, the parties respectfully request that this Court extend the discovery period to February 27, 2017 and the other currently set deadlines accordingly.

Dated: September 13, 2016

/s/Ashley B. Benson

Ashley B. Benson
ASSISTANT GENERAL COUNSEL
Florida Bar No.: 0084022
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1859
E-mail: abenson@coj.net
Attorney for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 13, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: N/A. I further certify that I mailed the foregoing document by first-class mail to the following non-CM/ECF participants: Christopher Carl Korslund, DC #J50919, at Wakulla Correctional Institution, 110 Melaleuca Drive, Crawfordville, Florida 32327-4963.

/s/Ashley B. Benson
ASHLEY B. BENSON