LEGAL MAIL
PROVIDED TO WAKULLA C.I.
SEP 07 2016
FOR MAILING

IN THE UNITED STATES DISTRICT COURT,
__MIDDLE__ DISTRICT OF FLORIDA,
__JACKSONVILLE__ DIVISION

__Christopher Carl Korslund__
PETITIONER,

v.                                    CASE NO. 3:14-CV-395-J-32PDB

FLORIDA DEPARTMENT OF CORRECTIONS,

RESPONDENTS.

## MOTION FOR APPOINTMENT OF FEDERAL COUNSEL

COMES NOW, the Petitioner, __Christopher Carl Korslund__, pursuant to __Federal Rules of Civil Procedure__ and moves this Honorable Court to appoint counsel in the above styled case. As grounds in support of this request, the petitioner states as follows:

(1) The Petitioner is indigent and can not afford to retain private counsel.

(2) The Petitioner's issues are complex and difficult for him to understand.

(3) The Petitioner asserts his issues are not frivolous and do have merit.

(4) The Petitioner's time in the law library is limited to a very few hours a week.

(5) The Petitioner had the assistance of an experienced law clerk who was familiar with his case, but who has since been

transferred to another institution and can not continue with assistance with the Petitioner's Complaint.

(6) The Petitioner is untrained in matters of law and needs representation from a professional attorney.

## CONCLUSION

The Petitioner makes this request in good faith and prays that this Honorable Court grant said motion and appoint a Federal Counsel.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR APPOINTMENT OF FEDERAL PUBLIC DEFENDER** has bee furnished by U.S. MAIL this 7TH day of September, 2016 to:

CLERK OF COURT
U.S. DIST. COURT
300 N. Hogan St., Ste 9-150
Jacksonville, FL 32202

Ashley B. Benson (Counsel)
117 West Duval St., Suite 480
Jacksonville, FL 32202

RESPECTFULLY SUBMITTED,

_Chris Korslund_
**SIGNATURE**
Christopher Carl Korslund
**TYPED/PRINTED NAME**
J50919            G2107U
**DC NUMBER**        **QUARTERS**

DEFENDER                                2