**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER CARL KORSLUND,

    Plaintiff,

v.

                                                           Case No.: 3:14-CV-395-J-32PDB

JOHN H. RUTHERFORD, et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

Please enter the appearance of Sean B. Granat, Deputy General Counsel, Office of General Counsel, 117 W. Duval Street, Suite 480, Jacksonville, Florida 32202, as attorney of record for Defendants, M.L. Doherty and N. Burgos.

                                                  **OFFICE OF GENERAL COUNSEL**

                                                /s/ *Sean B. Granat*
                                                **Sean B. Granat
DEPUTY GENERAL COUNSEL
Florida Bar No.: 138411
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL  32202
Telephone: (904) 630-1859
E-mail: SGranat@coj.net
Secondary E-mail: MRondinelli@coj.net
Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of October, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: Cristopher Korslund, DC# J50919, Wakulla Correctional Institution – Annex, 110 Melaleuca Drive, Crawfordville, Florida, 32327.

                                        /s/ *Sean B. Granat*
                                        Attorney