United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER CARL KORSLUND, II,**

    *Plaintiff,*

v.                                                                                                                                              No. 3:14-cv-395-J-32PDB

**M.L. DOHERTY ET AL.,**

    *Defendants.*

## Clerk's Minutes

| **Proceeding** | Settlement Conference |
|---|---|
| **Date** | 10/18/2017 |
| **Time** | 10:03 a.m.—1:34 p.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for Plaintiff** | Michael Freed, Esquire, Andrew Bonderud, Esquire |
| **Counsel for Defendants** | Sean Granat, Esquire Ashley Benson, Esquire |
| **Digital/Reporter** | Digital |

Mr. Korslund was present with Messrs. Freed and Bonderud.

Mr. Granat and Ms. Benson were present as counsel for the defendants. John Walker and Pam Conely were present as representatives from risk management.

Judge Barksdale met separately with each party.

The parties settled the case and confirmed the terms of the settlement in open court.