UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER CARL KORSLUND, II,

    Plaintiff,

v.                                   Case No. 3:14-cv-395-J-32PDB

M.L. DOHERTY, et al.,

    Defendants.

## ORDER

The Court was advised that this case has settled. See Clerk's Minutes (Doc. 47). Accordingly, it is

**ORDERED:**

1. The parties shall have until **December 22, 2017**, to file a joint motion for dismissal or other appropriate documents to close out the file.

2. If the parties have not filed the appropriate documents to close out this file or a request for an extension of time by the December 22, 2017 deadline, this case will be deemed dismissed without prejudice.

3. The Clerk shall terminate all pending motions and close the file, subject to reopening upon the filing of a motion before the December 22, 2017 deadline.

4.      The Court appreciates the settlement work of the Magistrate Judge and the service of Court-appointed counsel.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of October, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

caw 10/23

c:
Patricia D. Barksdale, United States Magistrate Judge
Counsel of Record