UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER CARL KORSLUND, II,

    Plaintiff,

v.

JOHN H. RUTHERFORD, *et al.*

    Defendants.

Case No. 3:14-cv-395-TJC-PDB

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned Counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this cause with prejudice, with the parties to bear their respective attorney fees and costs.

Dated December 12, 2017.

**THE BONDERUD LAW FIRM, P.A.**
*/s/ Andrew Bonderud*
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202
904-438-8082 (telephone)
904-800-1482 (facsimile)
E-Mail: BonderudLaw@gmail.com

**GUNSTER, YOAKLEY & STEWART**
/s/ Michael R. Freed
Michael R. Freed
Florida Bar Number 069205
225 Water Street, Suite 1750
Jacksonville, FL 32202
(904) 350-7167 telephone
(904) 354-2170 facsimile
Email: mfreed@gunster.com
*Counsel for Plaintiff*

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ Ashley B. Benson*
Sean B. Granat, Esq.
**DEPUTY GENERAL COUNSEL**
Florida Bar No. 0138411
sgranat@coj.net
Ashley B. Benson, Esq.
**ASSISTANT GENERAL COUNSEL**
Florida Bar No. 84022
abenson@coj.net
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202
(904) 630-1830
(904) 630-1316 (Fax)
*Counsel for Defendants*

1

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 12, 2017, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing via e-mail to:

Ashley B. Benson
**ASSISTANT GENERAL COUNSEL**
abenson@coj.net
Sean B. Granat
**DEPUTY GENERAL COUNSEL**
sgranat@coj.net
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202
*Counsel for Defendants*

                                                 */s/ **Andrew Bonderud***
                                                 Attorney