UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER CARL KORSLUND, II,

    Plaintiff,

v.                                             Case No. 3:14-cv-395-J-32PDB

M.L. DOHERTY, et al.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties filed a Joint Stipulation for Dismissal With Prejudice (Doc. 49) pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED with prejudice**, and each party shall bear their respective fees and costs.

2. The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of December, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

caw 12/12
c:
Counsel of Record